**M. H. Solliday, appellee, v. Peabody Coal Company, appellant.**

Action for damages for subsidence of plaintiff's land due to negligent mining by defendant. Judgment for plaintiff. Appeal from the Circuit Court of Christian county; the Hon. F. R. Dove, Judge, presiding. Heard in this court at the April term, 1922. Affirmed. Opinion filed July 10, 1922.

Walter M. Provine, for appellant. Hogan & Reese, for appellee.

Mr. Justice Heard delivered the opinion of the court.

---

**D. R. Noonan, appellee, v. Emerson-Brantingham Implement Company, appellant.**

Assumpsit upon the common counts on a contract by defendant to take back a tractor which plaintiff had paid for. Judgment for plaintiff. Appeal from the Circuit Court of Edgar county; the Hon.

John H. Marshall, Judge, presiding. Heard in this court at the April term, 1922. Reversed and remanded. Opinion filed July 10, 1922.

Harvey Gross, for appellant; Lathrop, Lathrop & Brown, of counsel. Fred Rhoads, for appellee.